THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tyrone Fields, Appellant.
 
 
 

Appeal From Orangeburg County
James C. Williams, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2007-UP-409
Submitted October 1, 2007  Filed October
 4, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission, of Columbia, for Appellant.
 John Benjamin Aplin, S.C. Dept. of Probation Parole & Pardon,
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Tyrone Fields, pled guilty to shoplifting
 and was sentenced to seven years imprisonment, suspended to three years of
 probation.  Following a probation revocation hearing, the court revoked
 eighteen months of Fields suspended sentence and terminated his probation. 
 Fields counsel attached to
 the brief a petition to be relieved as counsel, stating that she had reviewed
 the record and concluded this appeal lacks merit.  Fields did not file a separate pro se brief.  After a
 thorough review of the record pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.